**No. 09-5373. Robert Bryant Melson, Petitioner v. Richard F. Allen, Commissioner, Alabama Department of Corrections.**

561 U.S. 1001, 130 S. Ct. 3491, 177 L. Ed. 2d 1081, 2010 U.S. LEXIS 5124.

June 21, 2010. Petition for rehearing granted. Order entered October 5, 2009, denying the petition for writ of certiorari vacated. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of

Holland v. Florida, 560 U.S. 631, 130 S. Ct. 2549, 177 L. Ed. 2d 130 (2010).

Same case below, 548 F.3d 993.